U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED     Jun 22 2026

CAROL L. MICHEL
CLERK

SP                              Walk-In

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**YUE ZHAO**                                    **CIVIL ACTION NO. 2:25-cv-02474**

**VERSUS**                                      **JUDGE SARAH S. VANCE**

**THE ADMINISTRATORS OF THE**                   **MAGISTRATE JUDGE EVA J.**
**TULANE EDUCATIONAL FUND; DAVID**              **DOSSIER**
**CROSSLIN; HEATHER MACHADO; LEE**
**HAMM**

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Yue Zhao, proceeding pro se, appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Order entered on June 17, 2026, ECF No. 29, dismissing Plaintiff's Amended Complaint with prejudice, and from all adverse rulings and orders that merge into that judgment or dismissal order.

Plaintiff intends this Notice of Appeal to encompass all claims dismissed by the June 17, 2026 Order, including Plaintiff's federal and state-law claims against all Defendants.

Respectfully submitted,

_____
Yue Zhao
Plaintiff, Pro Se

500 Aries Dr Apt 5A
Mandeville, LA 70471

Date: _22nd of June_ , 2026

## CERTIFICATE OF SERVICE

I certify that on ___22nd of June___, 2026, I served this Notice of Appeal on all

counsel of record through the Court's CM/ECF system, or by another method

permitted by the Federal Rules of Civil Procedure and the Local Rules of this

Court if CM/ECF service is unavailable to me as a pro se litigant.

_Yue Zhao_

Yue Zhao
Plaintiff, Pro Se